UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-4748
_____

UNITED STATES OF AMERICA

v.

ALBERT LEON
a/k/a
"La"

Albert Leon,
            Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No. 1-05-cr-00485-002
District Judge: The Honorable William W. Caldwell


Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
July 10, 2015

Before: FUENTES, ROTH, and NYGAARD, *Circuit Judges*


_____

JUDGMENT ORDER
_____


       This cause came on to be considered on the record from the United States District
Court for the Middle District of Pennsylvania and was submitted on July 10, 2015.  The
District Court held a final supervised release revocation hearing and by judgment entered
December 5, 2014 imposed a twelve-month prison sentence for Defendant's violation.

Counsel filed a notice of appeal from the District Court's judgment. Counsel then filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Although given an opportunity to do so, Defendant did not file a pro se brief. Subsequently, Defendant completed the imposed sentence.

The Defendant having completed the service of his revocation sentence and having been released by the Bureau of Prisons with no additional supervised conditions imposed, this appeal is dismissed as moot in accordance with *Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *United States v. Kissinger*, 309 F.3d 179, 181-82 (3d Cir. 2002). The motion to withdraw as counsel pursuant to *Anders* is hereby granted.

By the Court,

s/ Julio M. Fuentes
Circuit Judge

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: April 12, 2016